Case 1:25-cv-01171-RJJ-PJG    ECF No. 1, PageID.1    Filed 10/01/25    Page 1 of 7

FILED GR
October 1, 2025 12:34 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns  SCANNED BY: /m /10/1

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan

SOUTHERN Division

**1:25-cv-1171**
**Robert Jonker- U.S. District Judge**

**KEVIN WILLIAM CASSADAY**

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

**FBI RYAN ROSKEY, et al**
**US ATTORNEY CHRISTOPHER RAWSTHORNE**
**SHERIFF SCOTT WRIGGLESWORTH**

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Case 1:25-cv-01171-RJJ-PJG    ECF No. 1,  PageID.2    Filed 10/01/25    Page 2 of 7

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | KEVIN WILLIAM CASSADAY |
| Address | 4819 N. STARK RD. |
| City | HOPE |
| State | MI |
| Zip Code | 48628 |
| County | MIDLAND |
| Telephone Number | 989-615-7096 |
| E-Mail Address | kwcassaday@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | RYAN ROSKEY |
| Job or Title (if known) | US FBI SPECIAL AGENT |
| Address | 2911 EYDE PKWY |
| City | EAST LANSING |
| State | MI |
| Zip Code | 48823 |
| County | MERIDIAN CHARTER TOWNSHIP |
| Telephone Number | 517-336-8367 |
| E-Mail Address (if known) | UNK |

☐ Individual capacity  ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | CHRISTOPHER RAWSTHORNE |
| Job or Title (if known) | UNITED STATES SPECIAL ATTORNEY |
| Address | 211 W. FORT ST; STE. 2001 |
| City | DETROIT |
| State | MI |
| Zip Code | 48226 |
| County | UNK |
| Telephone Number | 313-226-9100 |
| E-Mail Address (if known) | UNK |

☐ Individual capacity  ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
- Name: SCOTT WRIGGLESWORTH
- Job or Title (if known): SHERIFF OF INGHAM COUNTY
- Address: 630 N. CEDAR ST.
- City: MASON   State: MI   Zip Code: 48854
- County: INGHAM
- Telephone Number: 517-676-2431
- E-Mail Address (if known):

[ ] Individual capacity   [✓] Official capacity

Defendant No. 4
- Name: OTHER UNKNOWN CO-CONSPIRATORS
- Job or Title (if known):
- Address:
- City:   State:   Zip Code:
- County:
- Telephone Number:
- E-Mail Address (if known):

[ ] Individual capacity   [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[✓] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

US Constitution 1st, 4th, 5th, 6th, 8th, 13th 14th; Bill of Rights, 18 USC 241 & 242, 18 USC 1512 & 1513,

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

1st, 4th, 5th, 6th, 13th, 14th US Constitution

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Ryan Roskey pained Mr. Cassaday during arrest, pained more after being told "he was hurting Mr. Cassaday."
Christopher Rawsthorne conducted a vindictive prosecution
Sheriff Wrigglesworth lied on the stand at trial 1:23-cr-00043-LJM (WDMI USDC) in attempt to obstruct justice, willful neglect of duty

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Lansing, MI; Eaton & Ingham County

B. What date and approximate time did the events giving rise to your claim(s) occur?

2019 - current 9-2025

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

2019 Mr. Cassaday reached out the US FBI & told them to "pay attention," as he feared retaliation & or dissolution of assets & evidence would transpire.
Mr. Cassaday was poisoned by the State of MI Marijuana Regulatory Agency, he reported the events to authorities to no avail., most of the events took place in Ingham County The above defendants assisted in covering up the truth & the events to incarcerate Mr. Cassaday, 10-27-2021 Roskey pained Mr. Cassaday during arrest, when told so he pained Cassaday even more in attempt to incite a reason to rough him up. The above defendants conspired to martyr Mr. Cassaday through the courts & government, successful to date 9-2025, obstructing justice as these individuals want to abuse & torment Mr. Cassaday to no end for their actual adverse conduct.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Colo rectal bleeding 2021 - 2025 until colonoscopy was performed to band internal hemorrhoids, psychological harm & mental anguish, pain & suffering.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. $20,000,000,000.00 for the actual & punitive damages of loss of SSDI & the continued hardships by law enforcement to ignore embezzling & RICO Act.
Grounds for this tort claim & suit in equity.

2. Plaintiff retains the right to add or delete defendants as he deems fit at any point.

3. If any funds are awarded to Mr. Cassaday, for the Clerk of Court to collect those funds, deduct any costs incurred & to disburse any remaining funds to Mr. Cassaday.

4. Accountability

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/26/2025

Signature of Plaintiff: *(signed)* Kevin Cassaday

Printed Name of Plaintiff: KEVIN WILLIAM CASSADAY - IN PROPRIA PERSONA

### B. For Attorneys

Date of signing: 09/26/2025

Signature of Attorney:

Printed Name of Attorney: KEVIN WILLIAM CASSADAY - IN PROPRIA PERSONA

Bar Number:

Name of Law Firm:

Address: 4819 N. STARK RD.

HOPE, MI 48628

Telephone Number: (989) 615-7096

E-mail Address: kwcassaday@yahoo.com

CASSADAY
4819 N. STARK RD.
HOPE, MI 48628

METROPLEX MI 480

27 SEP 2025  PM 5  L



U.S. Court Clerk
110 Michigan St., NW
Grand Rapids, MI  49503

49503-230099